FILED
FEB 18 2016
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RAY DEAN WILSON,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF MONTANA, COUNTY ATTORNEY, SECOND JUDICIAL COURT, MARK E. CLAY, and HEALTH DEPARTMENT,<br><br>Respondents. | CV 15–110–H–DLC–JTJ<br><br>ORDER |

United States Magistrate Judge John T. Johnston entered an order, findings, and recommendations in this case on January 25, 2016, granting Petitioner Ray Dean Wilson's ("Wilson") motion to proceed *in forma pauperis*, but recommending that his petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, be dismissed without prejudice for failure to exhaust state remedies. Wilson did not object to the findings and recommendations, and so waived the right to *de novo* review of the record. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error

exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the findings and recommendations, the Court finds no clear error in Judge Johnston's conclusion that habeas relief is unavailable to Wilson in light of the ongoing nature of his state criminal proceedings.

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 7) are ADOPTED IN FULL. Wilson's habeas petition (Doc. 1) and supplements (Docs. 3-6) are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court shall enter, by separate document, a judgment of dismissal.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED this 18th day of February, 2016.

Dana L. Christensen, Chief Judge
United States District Court